# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0191**
Donnie Wayne Brown v. State of Alabama (Appeal from Blount Circuit Court: CC-15-185.60)

## <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk